**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Richmond Division)**

| | |
|---|---|
| NAKIA COLLINS, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Filing No.  3:22-cv-16 |
| | : |
| CB THEATER EXPERIENCE, LLC | : |
| d/b/a CINEBISTRO AT STONY POINT | : |
| FASHION PARK, | : |
| | : |
| Defendant. | : |

**NOTICE OF REMOVAL**

Defendant, CB THEATER EXPERIENCE, LLC d/b/a CINEBISTRO AT STONY POINT FASHION PARK (hereinafter "Cinebistro"), by and through counsel, hereby gives notice of removal of the above action from the Circuit Court for the City of Richmond ("Circuit Court") to the United States District Court for the Eastern District of Virginia, Richmond Division, pursuant to 28 U.S.C. §§ 1332(a), 1441, and 1446. As set forth below, this Court has original diversity jurisdiction over this action pursuant to Section 28 U.S.C. § 1332. All requirements for removal of this action are met through the allegations contained in the pleadings filed in the Circuit and this Notice of Removal.

In support of this Notice of Removal, Defendant states as follows:

1. There is pending in the Circuit Court for the City of Richmond, Virginia a Complaint styled *Nakia Collins v. CB Theater Experience LLC d/b/a Cinebistro at Stony Point Fashion Park*, Case No. CL21-5192-00 (the "State Court Action"). The Complaint in the State Court Action was filed on or about December 10, 2021. A copy of the Complaint is attached hereto as **Exhibit A**.

2. Cinebistro was served with a copy of the Complaint in the State Court Action on or about December 16, 2021. Cinebistro filed an Answer to Plaintiff's Complaint on January 6, 2022 in the Circuit Court for the City of Richmond. A copy of the Answer is attached as **Exhibit B**.

3. There have been no further proceedings in the State Court Action.

4. This Notice of Removal is filed within thirty days upon which Defendant was first served with a copy of the Complaint and is therefore timely pursuant to 29 U.S.C. § 1446(b).

5. The State Court Action is properly removed under 28 U.S.C. § 1441(a) because the State Court Action is subject to the original of this Court pursuant to 28 U.S.C. § 1332, as explained below.

6. Cinebistro is informed and believes the plaintiff, Nakia Collins, is an individual residing in the State of Virginia. *See* Ex. A ¶ 1.

7. Cinebistro (CB Theater Experience, LLC) is a limited liability company incorporated in the State of Delaware that has its principle place of business the State of Florida.

9. CB Theater Experience, LLC membership consists of one member – 1) Cinemex Holdings USA, Inc.

10. Cinemex Holdings USA, Inc. is incorporated under the laws of the State of Delaware and has its principal place of business in the State of Florida.

11. Cinebistro is, therefore, a citizen of Delaware and Florida, but no other states.

12. Plaintiff's Complaint seeks damages in the amount of $250,000.00.

13. This action is properly removed on grounds of diversity jurisdiction because (a) complete diversity exists between the Plaintiff and the Defendant, and (b) the amount in controversy herein exceeds the sum or value of $75,000.00, exclusive of interest and costs.

14. Written notice of the filing of this Notice of Removal will promptly be given to Plaintiff and the Clerk of the Circuit Court for the City of Richmond, Virginia, as required by 28 U.S.C. § 1446(d).

WHEREFORE, Defendant CB THEATER EXPERIENCE, LLC d/b/a CINEBISTRO AT STONY POINT FASHION PARK respectfully requests that this case proceed before this Court as an action properly removed.

                                         CB THEATER EXPERIENCE, LLC d/b/a
                                         CINEBISTRO AT STONY POINT
                                         FASHION PARK


                                         _____/s/_____
                                         Brian A. Cafritz, Esq. (VSB #34366)
                                         James L. Hoyle, Esq. (VSB# 82238)
                                         KALBAUGH, PFUND & MESSERSMITH, P.C.
                                         901 Moorefield Park Drive, Suite 200
                                         Richmond, Virginia 23236
                                         (804) 320-6300
                                         (804) 320-6312 (fax)
                                         Brian.Cafritz@kpmlaw.com
                                         Lee.Hoyle@kpmlaw.com
                                         *Counsel for Defendant CB Theater*
                                         *Experience, LLC d/b/a Cinebistro at Stony*
                                         *Point Fashion Park*

## **CERTIFICATE OF SERVICE**

    I hereby certify that a true and accurate copy of the foregoing Notice of Removal was electronically mailed and mailed postage prepaid, this 10th day of January, 2022, to:

Brooke Taylor, Esq. (VSB #89624)
Reinhardt, Harper, Davis, PLC
4915 Radford Avenue, Suite 100
Richmond, Virginia 23230
(804) 359-5500 - Telephone
(804) 359-5555 - Facsimile
brooke@vacomplaw.com
*Counsel for Plaintiff*

 

                                                                                      */s/*
                                  Brian A. Cafritz, Esq. (VSB #34366)
                                  James L. Hoyle, Esq. (VSB# 82238)
                                  KALBAUGH, PFUND & MESSERSMITH, P.C.
                                  901 Moorefield Park Drive, Suite 200
                                  Richmond, Virginia 23236
                                  (804) 320-6300
                                  (804) 320-6312 (fax)
                                  Brian.Cafritz@kpmlaw.com
                                  Lee.Hoyle@kpmlaw.com
                                  *Counsel for Defendant CB Theater Experience, LLC d/b/a Cinebistro at Stony Point Fashion Park*