IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

NAKIA COLLINS,
    Plaintiff,

v.                                                                   Civil No. 3:22cv16 (DJN)

CB THEATER EXPERIENCE, LLC,
d/b/a CINEBISTRO AT
STONY POINT FASHION PARK,
    Defendant.

## ORDER
### (Dismissing Case With Prejudice)

This matter comes before the Court on the parties' joint Stipulation of Dismissal (ECF No. 7). Because the parties have settled all matters in controversy, the Court hereby DISMISSES WITH PREJUDICE this case pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own fees and costs. Pursuant to *Kokkonen v. Guardian Life Insurance Co. of America*, 511 U.S. 375 (1994), the Court reserves jurisdiction to enforce the terms of the parties' final Settlement Agreement.

This case is now CLOSED.

Let the Clerk file a copy of this Order electronically and notify all counsel of record.

It is so ORDERED.

                                                                    /s/
                                                David J. Novak
                                               United States District Judge

Richmond, Virginia
Dated: March 15, 2022